IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:05CV252

| | |
|---|---|
| JACOB KANSAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER OF DISMISSAL** |
| ) | |
| PISGAH VIEW RANCH, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Plaintiff's failure to prosecute this action.

On May 9, 2006, the Court granted Plaintiff's motion for an extension of time to serve the complaint to and including June 1, 2006. To date, Plaintiff has not filed proof of service on the Defendant, nor has the Defendant filed any responsive pleadings. Additionally, a telephone inquiry placed by the Clerk to Plaintiff after the June 1 deadline has not been returned.

**IT IS, THEREFORE, ORDERED** that this matter is hereby **DISMISSED** for lack of prosecution.

Signed: June 30, 2006

Lacy H. Thornburg
United States District Judge